UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONEL HERNANDEZ-RODRIGUEZ,<br>FELIBERTO FLORES-RAMOS,<br>CHARLIE DOTSON, and<br>FRANCISCO CARRANZA-ROSALES | No. 19 CR 96<br><br>Judge John Robert Blakey |

## MOTION TO DISMISS INDICTMENT WITH PREJUDICE

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment in this matter with prejudice as to all defendants.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ G. David Rojas*
G. David Rojas
Megan Donohue
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

Dated: May 13, 2022